**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6986**

---

MAURICE RICHBURG,

　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

RONALD HUTCHINSON; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

　　　　　　　　　　　　　　　Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-99-
1162-MJG)

---

Submitted: November 16, 1999　　　Decided: November 30, 1999

---

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Maurice Richburg, Appellant Pro Se. Regina Hollins Lewis, Assis-
tant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice Richburg appeals the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Richburg's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Richburg v. Hutchinson, No. CA-99-1162-MJG (D. Md. June 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2